**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALONSO BAUTISTA, | ) | NO. CV 17-4777-FMO (KS) |
|     Plaintiff, | ) | |
|     v. | ) | JUDGMENT |
| STRUCTURAL PEST CONTROL BOARD, et al, | ) | |
|     Defendants. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 27, 2017

_____/s/_____
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

1